FILED

2016 JAN -7 PM 1: 23

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

a cc
DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>CLIFFORD JAMES RATY,<br><br>   Defendant. | Case No.: 15cr01869-DMS<br><br>**ORDER AND JUDGMENT TO DISMISS WITHOUT PREJUDICE** |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Information in the above-entitled case be dismissed without prejudice.

IT IS SO ORDERED.

DATED: January  7 , 2016

HONORABLE DANA M. SABRAW
United States District Judge